Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                            Case No.: 22−16219−ABA
                            Chapter: 13
                            Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| William J. McNasby III | Rita B. McNasby |
| dba Bud's Place | aka Rita B. Digerolamo |
| 4 West Fleming Pike | 4 West Fleming Pike |
| Hammonton, NJ 08037 | Hammonton, NJ 08037 |

Social Security No.:
  xxx−xx−7864                                    xxx−xx−2653

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              10/12/22
Time:             09:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: August 30, 2022
JAN: kaj

                                                                               Jeanne Naughton
                                                                               Clerk, U. S. Bankruptcy Court