Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−16219−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William J. McNasby III
dba Bud's Place
4 West Fleming Pike
Hammonton, NJ 08037

Rita B. McNasby
aka Rita B. Digerolamo
4 West Fleming Pike
Hammonton, NJ 08037

Social Security No.:
xxx−xx−7864

xxx−xx−2653

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            10/12/22
Time:            09:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: August 30, 2022
JAN: kaj

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-16219-ABA
William J. McNasby, III  Chapter 13
Rita B. McNasby
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 5
Date Rcvd: Aug 30, 2022      Form ID: 132      Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William J. McNasby, III, Rita B. McNasby, 4 West Fleming Pike, Hammonton, NJ 08037-9508 |
| cr | + | CARRINGTON MORTGAGE SERVICES, LLC, Hill Wallack LLP, 1415 Route 70 East Suite 309, Cherry Hill, NJ 08034-2210 |
| 519676178 | + | Apothaker Scian P.C., PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 519676179 | + | Arstrat, LLC, PO Box 33720, Detroit, MI 48232-3720 |
| 519692825 | + | Brenda Mendelby, 412 Morris Dr, Cherry Hill, NJ 08003-3433 |
| 519679338 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519676196 | + | Hayt, Hayt & Landau, LLC, PO Box 500, Eatontown, NJ 07724-0500 |
| 519676197 | + | Hill Wallack, LLP, 21 Roszel Road, PO Box 5226, Princeton, NJ 08543-5226 |
| 519692845 | + | Hill Wallack, LLP, PO Box 5226, Princeton, NJ 08543-5226 |
| 519692852 | + | LGBS - PTC, PO Box 708906, San Antonio, TX 78270-8906 |
| 519692855 | + | NJ E-Z Pass, PO Box 52005, Newark, NJ 07101-8205 |
| 519692857 | + | PAM-NYSTV, PO Box 332, Milwaukee, WI 53201-0332 |
| 519676212 | + | Ragone Lacatena Fairchild Beppel, PC, 76 Euclid Avenue Suite 200, Haddonfield, NJ 08033-2330 |
| 519676215 | + | South Jersey Gas, Attn: Ms. Fleming, PO Box 577, Hammonton, NJ 08037-0577 |
| 519683781 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519692879 | + | Tolls By Mail, PO Box 15183, Albany, NY 12212-5183 |
| 519692881 | + | Violations Processing Center, PO Box 15186, Albany, NY 12212-5186 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 30 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 30 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519676181 | | Email/Text: bankruptcy@pepcoholdings.com | Aug 30 2022 20:42:00 | Atlantic City Electric, P.O. Box 4875, Trenton, NJ 08650 |
| 519676177 | ^ | MEBN | Aug 30 2022 20:42:07 | Apex Asset Management, 2501 Oregon Pike, Suite 201, Lancaster, PA 17601-4890 |
| 519688068 | + | Email/Text: bankruptcy@pepcoholdings.com | Aug 30 2022 20:42:00 | Atlantic City Electric, 5 Collins Drive,Suite 2133, Mail Stop 84CP42, Carneys Point NJ 08069-3600 |
| 519676180 | + | Email/Text: bankruptcy@pepcoholdings.com | Aug 30 2022 20:42:00 | Atlantic City Electric, P.O. Box 13610, Philadelphia, PA 19101-3610 |
| 519676182 | + | Email/Text: cms-bk@cms-collect.com | Aug 30 2022 20:42:00 | Capital Management Services, 698 1/2 Ogden |

Case 22-16219-ABA    Doc 15    Filed 09/01/22    Entered 09/02/22 00:11:42    Desc Imaged
Certificate of Notice    Page 3 of 6

| | | | |
|---|---|---|---|
| District/off: 0312-1 | | User: admin | Page 2 of 5 |
| Date Rcvd: Aug 30, 2022 | | Form ID: 132 | Total Noticed: 56 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Station, Buffalo, NY 14206-2317 |
| 519676183 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 30 2022 20:52:08 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519689561 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 30 2022 20:51:50 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519676185 | + | Email/Text: BKBCNMAIL@carringtonms.com | Aug 30 2022 20:42:00 | Carrington Mortgage Services, Attn: Bankruptcy, Po Box 3730, Anaheim, CA 92803-3730 |
| 519676186 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 30 2022 20:52:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519676187 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 30 2022 20:52:10 | Citibank, Citicorp Credit/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 519676190 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 30 2022 20:42:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519676191 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 30 2022 20:43:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 519692837 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 30 2022 20:43:00 | Credit Collections Services, Attention: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 519692838 | ^ | MEBN | Aug 30 2022 20:42:18 | Credit Control, LLC, PO Box 488, Hazelwood, MO 63042-0488 |
| 519685549 | | Email/Text: mrdiscen@discover.com | Aug 30 2022 20:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519676193 | + | Email/Text: mrdiscen@discover.com | Aug 30 2022 20:42:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519692840 | + | Email/Text: crdept@na.firstsource.com | Aug 30 2022 20:43:00 | FirstSource Advantage, LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 519676194 | + | Email/Text: fggbanko@fgny.com | Aug 30 2022 20:42:00 | Forster Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 519692843 | + | Email/Text: Harris@ebn.phinsolutions.com | Aug 30 2022 20:43:00 | Harris & Harris, Ltd, 111 West Jackson Boulevard, Ste 400, Chicago, IL 60604-4135 |
| 519692847 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 30 2022 20:42:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519676199 | | Email/Text: assetrecovery@jerseyshorefcu.org | Aug 30 2022 20:42:00 | Jersey Shore Federal Credit Union, 1434 New Rd, Northfield, NJ 08225 |
| 519680610 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 30 2022 20:51:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519676201 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 30 2022 20:42:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 519692854 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Aug 30 2022 20:42:00 | NJ E-Z Pass, Violations Processing Center, PO Box 4971, Trenton, NJ 08650 |
| 519692856 | ^ | MEBN | Aug 30 2022 20:42:02 | Northstar Location Services, LLC, Attn: Financial Services Dept., 4285 Genesee St, Buffalo, NY 14225-1943 |
| 519676202 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 30 2022 20:51:59 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 519676204 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 30 2022 20:51:50 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 519676205 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Aug 30 2022 20:43:00 | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 519692866 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Aug 30 2022 20:43:00 | Quest Diagnostics, PO Box 740795, Cincinnati, |

Case 22-16219-ABA   Doc 15   Filed 09/01/22   Entered 09/02/22 00:11:42   Desc Imaged
                              Certificate of Notice   Page 4 of 6

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Aug 30, 2022 | Form ID: 132 | Total Noticed: 56 |

| Recip ID | Bypass | Recipient | Date/Time | Address |
|---|---|---|---|---|
| | | | | OH 45274-0795 |
| 519676209 | + | Email/Text: ngisupport@radiusgs.com | Aug 30 2022 20:42:00 | Radius Global Solutions, PO Box 390905, Minneapolis, MN 55439-0905 |
| 519676210 | + | Email/Text: ngisupport@radiusgs.com | Aug 30 2022 20:42:00 | Radius Global Solutions, LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 519676217 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 30 2022 20:42:00 | State of New Jersey Division of Taxation, 50 Barrack Street, Trenton, NJ 08695 |
| 519676213 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 30 2022 20:43:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519676218 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 30 2022 20:51:49 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519676341 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 30 2022 20:51:58 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519676219 | | Email/Text: bankruptcy@td.com | Aug 30 2022 20:42:00 | TD Bank, 1701 Route 70 E, Cherry Hill, NJ 08003 |
| 519676221 | | Email/Text: bankruptcy@td.com | Aug 30 2022 20:42:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |

TOTAL: 39

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Hill Wallack, 21 Roszel Road, PO Box 5226, Princeton, NJ 08543-5226 |
| 519692824 | *P++ | ALANTIC CITY ELECTRIC, BANKRUPTCY DEPARTMENT MAIL STOP 84CP42, 5 COLLINS DRIVE SUITE 2133, CARNEYS POINT NJ 08069-3600, address filed with court:, Atlantic City Electric, P.O. Box 4875, Trenton, NJ 08650 |
| 519692820 | *+ | Apex Asset Management, 2501 Oregon Pike, Suite 201, Lancaster, PA 17601-4890 |
| 519692821 | *+ | Apothaker Scian P.C., PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 519692822 | *+ | Arstrat, LLC, PO Box 33720, Detroit, MI 48232-3720 |
| 519692823 | *+ | Atlantic City Electric, P.O. Box 13610, Philadelphia, PA 19101-3610 |
| 519693363 | *+ | Brenda Mendelby, 412 Morris Dr, Cherry Hill, NJ 08003-3433 |
| 519692826 | *+ | Capital Management Services, 698 1/2 Ogden Station, Buffalo, NY 14206-2317 |
| 519676184 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519692827 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519692828 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519692829 | *+ | Carrington Mortgage Services, Attn: Bankruptcy, Po Box 3730, Anaheim, CA 92803-3730 |
| 519692830 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519676188 | *+ | Citibank, Citicorp Credit/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 519676189 | *+ | Citibank, Citicorp Credit/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 519692831 | *+ | Citibank, Citicorp Credit/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 519692832 | *+ | Citibank, Citicorp Credit/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 519692833 | *+ | Citibank, Citicorp Credit/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 519692834 | *+ | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519676192 | *+ | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 519692835 | *+ | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 519692836 | *+ | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 519693371 | *+ | Credit Control, LLC, PO Box 488, Hazelwood, MO 63042-0488 |
| 519692839 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519693372 | *+ | FirstSource Advantage, LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 519693373 | *+ | FirstSource Advantage, LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 519676195 | *+ | Forster Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 519692841 | *+ | Forster Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 519692842 | *+ | Forster Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 519693364 | *+ | Harris & Harris, Ltd, 111 West Jackson Boulevard, Ste 400, Chicago, IL 60604-4135 |
| 519692844 | *+ | Hayt, Hayt & Landau, LLC, PO Box 500, Eatontown, NJ 07724-0500 |
| 519676198 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519692846 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

Case 22-16219-ABA    Doc 15    Filed 09/01/22    Entered 09/02/22 00:11:42    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Aug 30, 2022 | Form ID: 132 | Total Noticed: 56 |

| | | |
|---|---|---|
| 519692848 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519692849 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519692850 | *P++ | JERSEY SHORE FCU, 1434 NEW ROAD, NORTHFIELD NJ 08225-1104, address filed with court:, Jersey Shore Federal Credit Union, 1434 New Rd, Northfield, NJ 08225 |
| 519692851 | *+ | JH Met Subsidiary B Liquidating Trust, 166 W. Washington, Chicago, IL 60602-2300 |
| 519693365 | *+ | LGBS - PTC, PO Box 708906, San Antonio, TX 78270-8906 |
| 519692853 | *+ | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 519693367 | *+ | NJ E-Z Pass, PO Box 52005, Newark, NJ 07101-8205 |
| 519693366 | *P++ | NJ EZPASS, ATTN NJ EZPASS/ MARISOL ALVARADO, 375 MCCARTER HIGHWAY, SUITE 200, NEWARK NJ 07114-2562, address filed with court:, NJ E-Z Pass, Violations Processing Center, PO Box 4971, Trenton, NJ 08650 |
| 519693374 | *+ | Northstar Location Services, LLC, Attn: Financial Services Dept., 4285 Genesee St, Buffalo, NY 14225-1943 |
| 519693368 | *+ | PAM-NYSTV, PO Box 332, Milwaukee, WI 53201-0332 |
| 519676203 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 519692858 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 519692859 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 519692860 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 519676206 | *+ | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 519676207 | *+ | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 519676208 | *+ | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 519692861 | *+ | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 519692862 | *+ | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 519692863 | *+ | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 519692864 | *+ | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 519692865 | *+ | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 519692867 | *+ | Radius Global Solutions, PO Box 390905, Minneapolis, MN 55439-0905 |
| 519676211 | *+ | Radius Global Solutions, LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 519692868 | *+ | Radius Global Solutions, LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 519692869 | *+ | Radius Global Solutions, LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 519692870 | *+ | Ragone Lacatena Fairchild Beppel, PC, 76 Euclid Avenue Suite 200, Haddonfield, NJ 08033-2330 |
| 519692874 | *P++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245, address filed with court:, State of New Jersey Division of Taxation, 50 Barrack Street, Trenton, NJ 08695 |
| 519676214 | *+ | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519692871 | *+ | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519676216 | *+ | South Jersey Gas, Attn: Ms. Fleming, PO Box 577, Hammonton, NJ 08037-0577 |
| 519692872 | *+ | South Jersey Gas, Attn: Ms. Fleming, PO Box 577, Hammonton, NJ 08037-0577 |
| 519692873 | *+ | South Jersey Gas, Attn: Ms. Fleming, PO Box 577, Hammonton, NJ 08037-0577 |
| 519692875 | *+ | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519676220 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank, 1701 Route 70 E, Cherry Hill, NJ 08003 |
| 519692876 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank, 1701 Route 70 E, Cherry Hill, NJ 08003 |
| 519692877 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank, 1701 Route 70 E, Cherry Hill, NJ 08003 |
| 519692878 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 519692880 | *+ | Tolls By Mail, PO Box 15183, Albany, NY 12212-5183 |
| 519693369 | *+ | Tolls By Mail, PO Box 15183, Albany, NY 12212-5183 |
| 519693370 | *+ | Violations Processing Center, PO Box 15186, Albany, NY 12212-5186 |
| 519676200 | ##+ | JH Met Subsidiary B Liquidating Trust, 166 W. Washington, Chicago, IL 60602-2300 |

TOTAL: 0 Undeliverable, 74 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0312-1      User: admin      Page 5 of 5
Date Rcvd: Aug 30, 2022      Form ID: 132      Total Noticed: 56

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2022      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Angela Catherine Pattison | on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC apattison@hillwallack.com, apattison@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor Legacy Mortgage Asset Trust 2021-SL1 dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Lee Martin Perlman | on behalf of Debtor William J. McNasby III ecf@newjerseybankruptcy.com, mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Joint Debtor Rita B. McNasby ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6