**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 2 | Lien Avoidance |

**Last revised: August 1, 2020**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

William J. McNasby, III & Rita B. McNasby

Debtor(s)

Case No.: 22-16219-ABA

Judge: Altenburg

## Chapter 13 Plan and Motions

☒ Original   ☐ Modified/Notice Required   Date: 08/29/2022

☒ Motions Included   ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☒ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: ____LMP____   Initial Debtor: ____WJM____   Initial Co-Debtor: ____RBM____

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ \_\_\_\_2,000.00\_\_\_\_ per \_\_\_\_month\_\_\_\_ to the Chapter 13 Trustee, starting on _____09/01/2022_____ for approximately _____60_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

### Part 2:    Adequate Protection  ☒ NONE

    a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

### Part 3:    Priority Claims (Including Administrative Expenses)

    a.  All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 3,337.00 |
| Internal Revenue Service | Federal income tax | $8,000.00 |
| Internal Revenue Service | Federal income tax | $4,000.00 |

    b.  Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

a. **Curing Default and Maintaining Payments on Principal Residence:** ☐ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Carrington Mortgage | 4 West Fleming Pike | $50,411.00 | 0 | $50,411.00 | $1,300.00 |

b. **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

c. **Secured claims excluded from 11 U.S.C. 506:** ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments**  ☒ **NONE**

    1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

    2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender**  ☒ **NONE**

    Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**: ☐ NONE

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| Internal Revenue Service | 4 West Fleming Pike | $85,381.34 |
| Select Portfolio Servicing | 4 West Fleming Pike | $9,451.56 |

### Part 5:    Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☒ Not less than  0_____ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

### Part 6:  Executory Contracts and Unexpired Leases  ☒ NONE

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

### Part 7:  Motions  ☐ NONE

**NOTE:  All plans containing motions must be served on all affected lienholders, together with local form,** *Notice of Chapter 13 Plan Transmittal*, **within the time and in the manner set forth in D.N.J. LBR 3015-1.  A** *Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a.  **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**  ☐ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| Capital One Bank | 4 West Fleming Pike | Judgment | $3,897.00 | $135,000.00 | $1.00 | $225,230.90 | $3,897.00 |
| Discover Financial | 4 West Fleming Pike | Judgment | $2,832.00 | $135,000.00 | $1.00 | $225,230.90 | $2,832.00 |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**  ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**  ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8:   Other Plan Provisions

**a. Vesting of Property of the Estate**

☒   Upon confirmation

☐   Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions

2) Lee M. Perlman, Esquire _____

3) Secured Creditors _____

4) Priority Creditors/Unsecured Creditors _____

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification  ☒ NONE**

**NOTE: Modification of a plan does not require that a separate motion be filed.  A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
|  |  |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☐ No

**Part 10:  Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 08/29/2022_____    /s/ William J. McNasby, III_____
                                          Debtor

Date: 08/29/2022_____    /s/ Rita B. McNasby_____
                                          Joint Debtor

Date: 08/29/2022_____    /s/ Lee M. Perlman_____
                                          Attorney for Debtor(s)

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 22-16219-ABA
William J. McNasby, III     Chapter 13
Rita B. McNasby
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 5
Date Rcvd: Aug 30, 2022     Form ID: pdf901     Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William J. McNasby, III, Rita B. McNasby, 4 West Fleming Pike, Hammonton, NJ 08037-9508 |
| cr | + | CARRINGTON MORTGAGE SERVICES, LLC, Hill Wallack LLP, 1415 Route 70 East Suite 309, Cherry Hill, NJ 08034-2210 |
| 519676178 | + | Apothaker Scian P.C., PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 519676179 | + | Arstrat, LLC, PO Box 33720, Detroit, MI 48232-3720 |
| 519692825 | + | Brenda Mendelby, 412 Morris Dr, Cherry Hill, NJ 08003-3433 |
| 519679338 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519676196 | + | Hayt, Hayt & Landau, LLC, PO Box 500, Eatontown, NJ 07724-0500 |
| 519676197 | + | Hill Wallack, LLP, 21 Roszel Road, PO Box 5226, Princeton, NJ 08543-5226 |
| 519692845 | + | Hill Wallack, LLP, PO Box 5226, Princeton, NJ 08543-5226 |
| 519692852 | + | LGBS - PTC, PO Box 708906, San Antonio, TX 78270-8906 |
| 519692855 | + | NJ E-Z Pass, PO Box 52005, Newark, NJ 07101-8205 |
| 519692857 | + | PAM-NYSTV, PO Box 332, Milwaukee, WI 53201-0332 |
| 519676212 | + | Ragone Lacatena Fairchild Beppel, PC, 76 Euclid Avenue Suite 200, Haddonfield, NJ 08033-2330 |
| 519676215 | + | South Jersey Gas, Attn: Ms. Fleming, PO Box 577, Hammonton, NJ 08037-0577 |
| 519683781 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519692879 | + | Tolls By Mail, PO Box 15183, Albany, NY 12212-5183 |
| 519692881 | + | Violations Processing Center, PO Box 15186, Albany, NY 12212-5186 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 30 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 30 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519676181 | | Email/Text: bankruptcy@pepcoholdings.com | Aug 30 2022 20:42:00 | Atlantic City Electric, P.O. Box 4875, Trenton, NJ 08650 |
| 519676177 | ^ | MEBN | Aug 30 2022 20:42:08 | Apex Asset Management, 2501 Oregon Pike, Suite 201, Lancaster, PA 17601-4890 |
| 519688068 | + | Email/Text: bankruptcy@pepcoholdings.com | Aug 30 2022 20:42:00 | Atlantic City Electric, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point NJ 08069-3600 |
| 519676180 | + | Email/Text: bankruptcy@pepcoholdings.com | Aug 30 2022 20:42:00 | Atlantic City Electric, P.O. Box 13610, Philadelphia, PA 19101-3610 |
| 519676182 | + | Email/Text: cms-bk@cms-collect.com | Aug 30 2022 20:42:00 | Capital Management Services, 698 1/2 Ogden |

Case 22-16219-ABA    Doc 17    Filed 09/01/22    Entered 09/02/22 00:11:42    Desc Imaged
                               Certificate of Notice    Page 12 of 15

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 5 |
| Date Rcvd: Aug 30, 2022 | Form ID: pdf901 | Total Noticed: 56 |

| ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Station, Buffalo, NY 14206-2317 |
| 519676183 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com<br>Aug 30 2022 20:51:57 | | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519689561 | + | Email/PDF: ebn_ais@aisinfo.com<br>Aug 30 2022 20:51:58 | | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519676185 | + | Email/Text: BKBCNMAIL@carringtonms.com<br>Aug 30 2022 20:42:00 | | Carrington Mortgage Services, Attn: Bankruptcy, Po Box 3730, Anaheim, CA 92803-3730 |
| 519676186 | + | Email/PDF: Citi.BNC.Correspondence@citi.com<br>Aug 30 2022 20:51:51 | | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519676187 | + | Email/PDF: Citi.BNC.Correspondence@citi.com<br>Aug 30 2022 20:52:10 | | Citibank, Citicorp Credit/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 519676190 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM<br>Aug 30 2022 20:42:00 | | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519676191 | + | Email/Text: bankruptcy_notifications@ccsusa.com<br>Aug 30 2022 20:43:00 | | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 519692837 | + | Email/Text: bankruptcy_notifications@ccsusa.com<br>Aug 30 2022 20:43:00 | | Credit Collections Services, Attention: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 519692838 | ^ | MEBN<br>Aug 30 2022 20:42:18 | | Credit Control, LLC, PO Box 488, Hazelwood, MO 63042-0488 |
| 519685549 | | Email/Text: mrdiscen@discover.com<br>Aug 30 2022 20:42:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519676193 | + | Email/Text: mrdiscen@discover.com<br>Aug 30 2022 20:42:00 | | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519692840 | + | Email/Text: crdept@na.firstsource.com<br>Aug 30 2022 20:43:00 | | FirstSource Advantage, LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 519676194 | + | Email/Text: fggbanko@fgny.com<br>Aug 30 2022 20:42:00 | | Forster Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 519692843 | + | Email/Text: Harris@ebn.phinsolutions.com<br>Aug 30 2022 20:43:00 | | Harris & Harris, Ltd, 111 West Jackson Boulevard, Ste 400, Chicago, IL 60604-4135 |
| 519692847 | | Email/Text: sbse.cio.bnc.mail@irs.gov<br>Aug 30 2022 20:42:00 | | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519676199 | | Email/Text: assetrecovery@jerseyshorefcu.org<br>Aug 30 2022 20:42:00 | | Jersey Shore Federal Credit Union, 1434 New Rd, Northfield, NJ 08225 |
| 519680610 | | Email/PDF: resurgentbknotifications@resurgent.com<br>Aug 30 2022 20:52:10 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519676201 | + | Email/Text: bankruptcydpt@mcmcg.com<br>Aug 30 2022 20:42:00 | | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 519692854 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com<br>Aug 30 2022 20:42:00 | | NJ E-Z Pass, Violations Processing Center, PO Box 4971, Trenton, NJ 08650 |
| 519692856 | ^ | MEBN<br>Aug 30 2022 20:42:03 | | Northstar Location Services, LLC, Attn: Financial Services Dept., 4285 Genesee St, Buffalo, NY 14225-1943 |
| 519676202 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Aug 30 2022 20:51:51 | | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 519676204 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Aug 30 2022 20:51:50 | | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 519676205 | + | Email/Text: BankruptcyMail@questdiagnostics.com<br>Aug 30 2022 20:43:00 | | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 519692866 | + | Email/Text: BankruptcyMail@questdiagnostics.com<br>Aug 30 2022 20:43:00 | | Quest Diagnostics, PO Box 740795, Cincinnati, |

| Recip ID | Bypass | Email/Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | OH 45274-0795 |
| 519676209 | + | Email/Text: ngisupport@radiusgs.com | Aug 30 2022 20:42:00 | Radius Global Solutions, PO Box 390905, Minneapolis, MN 55439-0905 |
| 519676210 | + | Email/Text: ngisupport@radiusgs.com | Aug 30 2022 20:42:00 | Radius Global Solutions, LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 519676217 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 30 2022 20:42:00 | State of New Jersey Division of Taxation, 50 Barrack Street, Trenton, NJ 08695 |
| 519676213 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 30 2022 20:43:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519676218 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 30 2022 20:52:08 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519676341 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 30 2022 20:52:09 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519676219 | | Email/Text: bankruptcy@td.com | Aug 30 2022 20:42:00 | TD Bank, 1701 Route 70 E, Cherry Hill, NJ 08003 |
| 519676221 | | Email/Text: bankruptcy@td.com | Aug 30 2022 20:42:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |

TOTAL: 39

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Hill Wallack, 21 Roszel Road, PO Box 5226, Princeton, NJ 08543-5226 |
| 519692824 | *P++ | ALANTIC CITY ELECTRIC, BANKRUPTCY DEPARTMENT MAIL STOP 84CP42, 5 COLLINS DRIVE SUITE 2133, CARNEYS POINT NJ 08069-3600, address filed with court:, Atlantic City Electric, P.O. Box 4875, Trenton, NJ 08650 |
| 519692820 | *+ | Apex Asset Management, 2501 Oregon Pike, Suite 201, Lancaster, PA 17601-4890 |
| 519692821 | *+ | Apothaker Scian P.C., PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 519692822 | *+ | Arstrat, LLC, PO Box 33720, Detroit, MI 48232-3720 |
| 519692823 | *+ | Atlantic City Electric, P.O. Box 13610, Philadelphia, PA 19101-3610 |
| 519693363 | *+ | Brenda Mendelby, 412 Morris Dr, Cherry Hill, NJ 08003-3433 |
| 519692826 | *+ | Capital Management Services, 698 1/2 Ogden Station, Buffalo, NY 14206-2317 |
| 519676184 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519692827 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519692828 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519692829 | *+ | Carrington Mortgage Services, Attn: Bankruptcy, Po Box 3730, Anaheim, CA 92803-3730 |
| 519692830 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519676188 | *+ | Citibank, Citicorp Credit/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 519676189 | *+ | Citibank, Citicorp Credit/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 519692831 | *+ | Citibank, Citicorp Credit/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 519692832 | *+ | Citibank, Citicorp Credit/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 519692833 | *+ | Citibank, Citicorp Credit/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 519692834 | *+ | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519676192 | *+ | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 519692835 | *+ | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 519692836 | *+ | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 519693371 | *+ | Credit Control, LLC, PO Box 488, Hazelwood, MO 63042-0488 |
| 519692839 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519693372 | *+ | FirstSource Advantage, LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 519693373 | *+ | FirstSource Advantage, LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 519676195 | *+ | Forster Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 519692841 | *+ | Forster Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 519692842 | *+ | Forster Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 519693364 | *+ | Harris & Harris, Ltd, 111 West Jackson Boulevard, Ste 400, Chicago, IL 60604-4135 |
| 519692844 | *+ | Hayt, Hayt & Landau, LLC, PO Box 500, Eatontown, NJ 07724-0500 |
| 519676198 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519692846 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

| District/off: 0312-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Aug 30, 2022 | Form ID: pdf901 | Total Noticed: 56 |

| | | |
|---|---|---|
| 519692848 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519692849 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519692850 | *P++ | JERSEY SHORE FCU, 1434 NEW ROAD, NORTHFIELD NJ 08225-1104, address filed with court:, Jersey Shore Federal Credit Union, 1434 New Rd, Northfield, NJ 08225 |
| 519692851 | *+ | JH Met Subsidiary B Liquidating Trust, 166 W. Washington, Chicago, IL 60602-2300 |
| 519693365 | *+ | LGBS - PTC, PO Box 708906, San Antonio, TX 78270-8906 |
| 519692853 | *+ | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 519693367 | *+ | NJ E-Z Pass, PO Box 52005, Newark, NJ 07101-8205 |
| 519693366 | *P++ | NJ EZPASS, ATTN NJ EZPASS/ MARISOL ALVARADO, 375 MCCARTER HIGHWAY, SUITE 200, NEWARK NJ 07114-2562, address filed with court:, NJ E-Z Pass, Violations Processing Center, PO Box 4971, Trenton, NJ 08650 |
| 519693374 | *+ | Northstar Location Services, LLC, Attn: Financial Services Dept., 4285 Genesee St, Buffalo, NY 14225-1943 |
| 519693368 | *+ | PAM-NYSTV, PO Box 332, Milwaukee, WI 53201-0332 |
| 519676203 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 519692858 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 519692859 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 519692860 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 519676206 | *+ | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 519676207 | *+ | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 519676208 | *+ | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 519692861 | *+ | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 519692862 | *+ | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 519692863 | *+ | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 519692864 | *+ | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 519692865 | *+ | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 519692867 | *+ | Radius Global Solutions, PO Box 390905, Minneapolis, MN 55439-0905 |
| 519676211 | *+ | Radius Global Solutions, LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 519692868 | *+ | Radius Global Solutions, LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 519692869 | *+ | Radius Global Solutions, LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 519692870 | *+ | Ragone Lacatena Fairchild Beppel, PC, 76 Euclid Avenue Suite 200, Haddonfield, NJ 08033-2330 |
| 519692874 | *P++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245, address filed with court:, State of New Jersey Division of Taxation, 50 Barrack Street, Trenton, NJ 08695 |
| 519676214 | *+ | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519692871 | *+ | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519676216 | *+ | South Jersey Gas, Attn: Ms. Fleming, PO Box 577, Hammonton, NJ 08037-0577 |
| 519692872 | *+ | South Jersey Gas, Attn: Ms. Fleming, PO Box 577, Hammonton, NJ 08037-0577 |
| 519692873 | *+ | South Jersey Gas, Attn: Ms. Fleming, PO Box 577, Hammonton, NJ 08037-0577 |
| 519692875 | *+ | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519676220 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank, 1701 Route 70 E, Cherry Hill, NJ 08003 |
| 519692876 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank, 1701 Route 70 E, Cherry Hill, NJ 08003 |
| 519692877 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank, 1701 Route 70 E, Cherry Hill, NJ 08003 |
| 519692878 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 519692880 | *+ | Tolls By Mail, PO Box 15183, Albany, NY 12212-5183 |
| 519693369 | *+ | Tolls By Mail, PO Box 15183, Albany, NY 12212-5183 |
| 519693370 | *+ | Violations Processing Center, PO Box 15186, Albany, NY 12212-5186 |
| 519676200 | ##+ | JH Met Subsidiary B Liquidating Trust, 166 W. Washington, Chicago, IL 60602-2300 |

TOTAL: 0 Undeliverable, 74 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2022        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela Catherine Pattison | on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC apattison@hillwallack.com, apattison@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor Legacy Mortgage Asset Trust 2021-SL1 dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Lee Martin Perlman | on behalf of Debtor William J. McNasby  III ecf@newjerseybankruptcy.com, mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Joint Debtor Rita B. McNasby ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6