UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

SALDUTTI LAW GROUP
Rebecca K. McDowell, Esq.
1040 Kings Highway North, Suite 100
Cherry Hill, NJ 08034
(856) 779-0300
Attorney for Jersey Shore FCU

| | |
|---|---|
| IN RE: | : CASE NUMBER: 22-16219-ABA |
| | : |
| WILLIAM J. MCNASBY, III, and | : |
| RITA B. MCNASBY, | : |
| | : CHAPTER 13 |
| Debtors. | : |
| | : |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Jersey Shore Federal Credit Union. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

Saldutti Law Group
Rebecca K. McDowell, Esq.
1040 N. Kings Highway
Ste 100
Cherry Hill, New Jersey 08034
Email: rmcdowell@slgcollect.com

SALDUTTI LAW GROUP

*/s/ Rebecca K. McDowell*
REBECCA K. MCDOWELL, ESQ.

Dated: September 9, 2022