UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Legacy Mortgage Asset Trust 2021-SL1

**Order Filed on November 8, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 22-16219 ABA

In Re:
     Rita B. Mcnasby, William J. McNasby J. III

Debtors.

Adv. No.:

Hearing Date: 10/12/2022

Judge: Andrew B. Altenburg

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: November 8, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors:  Rita B. Mcnasby, William J. McNasby J. III
Case No:  22-16219 ABA
Caption of Order:  ORDER RESOLVING OBJECTION TO CONFIRMATION

_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Legacy Mortgage Asset Trust 2021-SL1, holder of a mortgage on real property known as 4 West Fleming Pike, Hammonton, NJ, 08037, Denise Carlon, Esq. appearing, upon an objection to confirmation of Debtor's Chapter 13 plan, and this Court having considered the representations of attorneys for Secured Creditor and Lee Martin Perlman, Esq., attorney for Debtors, and for good cause having been shown

It is further **ORDERED, ADJUDGED and DECREED** that for the duration of Debtor's Chapter 13 bankruptcy proceeding, Debtor shall pay all post-petition escrow items directly, including but not limited to property taxes and insurance, and if Debtors do not maintain these payments, Secured Creditor can advance for these items and/or seek relief from this Court by filing a certification of default; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's claim will be paid off in full through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that the total amount to be paid to Secured Creditor through Debtor's Chapter 13 plan is broken down as follows:

- $10,426.27 due at the time of filing;
- $2,071.87 interest on unpaid balance over the life of the plan (7.375%)
- **TOTAL: $12,498.14**

It is **FURTHER ORDERED, ADJUDGED and DECREED** that upon successful completion of said payments, repayment of all post-petition escrow advances, and receipt of a discharge in this Chapter 13 proceeding, this lien shall be released and extinguished; and

It is **FURTHER, ORDERED, ADJUDGED** and **DECREED** that Secured Creditor, shall file a release of the lien with the recorder of deeds in Cumberland County for the underlying mortgage within 30 days of the completion of the plan payments, repayment of outstanding escrow advances, and receipt of discharge; and

It is **FURTHER, ORDERED, ADJUDGED** and **DECREED** that in the event Secured Creditor fails to discharge the mortgage within the prescribed period, the Debtor and/or Debtor's counsel may record with the recorder of deeds a certified or exemplified copy of this order, along with a copy of the bankruptcy discharge order, which shall have the same force and effect of a discharge of mortgage.

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-16219-ABA |
| William J. McNasby, III | Chapter 13 |
| Rita B. McNasby | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 08, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2022:**

**Recip ID                     Recipient Name and Address**
db/jdb                    +  William J. McNasby, III, Rita B. McNasby, 4 West Fleming Pike, Hammonton, NJ 08037-9508

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2022                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2022 at the address(es) listed below:**

**Name                          Email Address**

Angela Catherine Pattison
                              on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC apattison@hillwallack.com, apattison@ecf.courtdrive.com

Denise E. Carlon
                              on behalf of Creditor Legacy Mortgage Asset Trust 2021-SL1 dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Isabel C. Balboa
                              ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
                              on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Lee Martin Perlman
                              on behalf of Debtor William J. McNasby  III ecf@newjerseybankruptcy.com,
                              mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

District/off: 0312-1                              User: admin                                        Page 2 of 2
Date Rcvd: Nov 08, 2022                          Form ID: pdf903                                    Total Noticed: 1

Lee Martin Perlman
                         on behalf of Joint Debtor Rita B. McNasby ecf@newjerseybankruptcy.com
                         mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Rebecca K. McDowell
                         on behalf of Creditor Jersey Shore Federal Credit Union rmcdowell@slgcollect.com  anovoa@slgcollect.com

U.S. Trustee
                         USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 8