Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−16219−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William J. McNasby III
dba Bud's Place
4 West Fleming Pike
Hammonton, NJ 08037

Rita B. McNasby
aka Rita B. Digerolamo
4 West Fleming Pike
Hammonton, NJ 08037

Social Security No.:
 xxx−xx−7864

 xxx−xx−2653

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on January 12, 2023.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 12, 2023
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 22-16219-ABA
William J. McNasby, III                                                                         Chapter 13
Rita B. McNasby
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                    User: admin                                    Page 1 of 5
Date Rcvd: Jan 12, 2023                 Form ID: 148                                   Total Noticed: 67

The following symbols are used throughout this certificate:
**Symbol      Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^       Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William J. McNasby, III, Rita B. McNasby, 4 West Fleming Pike, Hammonton, NJ 08037-9508 |
| cr | + | CARRINGTON MORTGAGE SERVICES, LLC, Hill Wallack LLP, 1415 Route 70 East Suite 309, Cherry Hill, NJ 08034-2210 |
| cr | + | Jersey Shore Federal Credit Union, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| 519676178 | + | Apothaker Scian P.C., PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 519676179 | + | Arstrat, LLC, PO Box 33720, Detroit, MI 48232-3720 |
| 519692825 | + | Brenda Mendelby, 412 Morris Dr, Cherry Hill, NJ 08003-3433 |
| 519679338 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519676196 | + | Hayt, Hayt & Landau, LLC, PO Box 500, Eatontown, NJ 07724-0500 |
| 519676197 | + | Hill Wallack, LLP, 21 Roszel Road, PO Box 5226, Princeton, NJ 08543-5226 |
| 519692845 | + | Hill Wallack, LLP, PO Box 5226, Princeton, NJ 08543-5226 |
| 519701007 | + | Jersey Shore Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 519692852 | + | LGBS - PTC, PO Box 708906, San Antonio, TX 78270-8906 |
| 519692855 | + | NJ E-Z Pass, PO Box 52005, Newark, NJ 07101-8205 |
| 519744441 | + | NYS Thruway Authority -as a gov't unit, PO Box 189, Albany, NY 12201-0189 |
| 519692857 | + | PAM-NYSTV, PO Box 332, Milwaukee, WI 53201-0332 |
| 519676212 | + | Ragone Lacatena Fairchild Beppel, PC, 76 Euclid Avenue Suite 200, Haddonfield, NJ 08033-2330 |
| 519701374 | + | Saldutti Law Group, Rebecca K. McDowell, Esq., 1040 N. Kings Highway, Ste 100, Cherry Hill, New Jersey 08034-1925 |
| 519676215 | + | South Jersey Gas, Attn: Ms. Fleming, PO Box 577, Hammonton, NJ 08037-0577 |
| 519731638 | | State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0245 |
| 519683781 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519692879 | + | Tolls By Mail, PO Box 15183, Albany, NY 12212-5183 |
| 519692881 | + | Violations Processing Center, PO Box 15186, Albany, NY 12212-5186 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 12 2023 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 12 2023 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519676181 | | Email/Text: bankruptcy@pepcoholdings.com | Jan 12 2023 20:47:00 | Atlantic City Electric, P.O. Box 4875, Trenton, NJ 08650 |
| 519676177 | ^ | MEBN | Jan 12 2023 20:45:07 | Apex Asset Management, 2501 Oregon Pike, Suite 201, Lancaster, PA 17601-4890 |
| 519688068 | + | Email/Text: bankruptcy@pepcoholdings.com | Jan 12 2023 20:47:00 | Atlantic City Electric, 5 Collins Drive,Suite 2133, |

Case 22-16219-ABA   Doc 28   Filed 01/14/23   Entered 01/15/23 00:18:12   Desc Imaged
                             Certificate of Notice    Page 3 of 6

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 5 |
| Date Rcvd: Jan 12, 2023 | Form ID: 148 | Total Noticed: 67 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Mail Stop 84CP42, Carneys Point NJ 08069-3600 |
| 519676180 | + | Email/Text: bankruptcy@pepcoholdings.com | Jan 12 2023 20:47:00 | Atlantic City Electric, P.O. Box 13610, Philadelphia, PA 19101-3610 |
| 519676182 | + | Email/Text: cms-bk@cms-collect.com | Jan 12 2023 20:47:00 | Capital Management Services, 698 1/2 Ogden Station, Buffalo, NY 14206-2317 |
| 519676183 | + | EDI: CAPITALONE.COM | Jan 13 2023 01:44:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519689561 | + | EDI: AIS.COM | Jan 13 2023 01:44:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519676185 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 12 2023 20:46:00 | Carrington Mortgage Services, Attn: Bankruptcy, Po Box 3730, Anaheim, CA 92803-3730 |
| 519730218 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 12 2023 20:46:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim CA 92806-5948 |
| 519676186 | + | EDI: CITICORP.COM | Jan 13 2023 01:44:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519676187 | + | EDI: CITICORP.COM | Jan 13 2023 01:44:00 | Citibank, Citicorp Credit/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 519676190 | + | EDI: WFNNB.COM | Jan 13 2023 01:44:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519676191 | + | EDI: CCS.COM | Jan 13 2023 01:44:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 519692837 | + | EDI: CCS.COM | Jan 13 2023 01:44:00 | Credit Collections Services, Attention: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 519692838 | ^ | MEBN | Jan 12 2023 20:45:49 | Credit Control, LLC, PO Box 488, Hazelwood, MO 63042-0488 |
| 519685549 | | EDI: DISCOVER.COM | Jan 13 2023 01:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519676193 | + | EDI: DISCOVER.COM | Jan 13 2023 01:34:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519692840 | + | Email/Text: crdept@na.firstsource.com | Jan 12 2023 20:47:00 | FirstSource Advantage, LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 519676194 | + | Email/Text: fggbanko@fgny.com | Jan 12 2023 20:46:00 | Forster Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 519692843 | + | EDI: PHINHARRIS | Jan 13 2023 01:44:00 | Harris & Harris, Ltd, 111 West Jackson Boulevard, Ste 400, Chicago, IL 60604-4135 |
| 519692847 | | EDI: IRS.COM | Jan 13 2023 01:44:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519676199 | | Email/Text: assetrecovery@jerseyshorefcu.org | Jan 12 2023 20:46:00 | Jersey Shore Federal Credit Union, 1434 New Rd, Northfield, NJ 08225 |
| 519680610 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2023 20:58:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519707298 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 12 2023 20:47:00 | Legacy Mortgage Asset Trust 2021-SL1, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519676201 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 12 2023 20:47:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 519692854 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jan 12 2023 20:46:00 | NJ E-Z Pass, Violations Processing Center, PO Box 4971, Trenton, NJ 08650 |
| 519697228 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jan 12 2023 20:46:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, |

Case 22-16219-ABA    Doc 28    Filed 01/14/23    Entered 01/15/23 00:18:12    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 12, 2023 | Form ID: 148 | Total Noticed: 67 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | P.O. Box 5042, Woodbridge, NJ 07095 |
| 519692856 | | ^ MEBN | Jan 12 2023 20:46:01 | Northstar Location Services, LLC, Attn: Financial Services Dept., 4285 Genesee St, Buffalo, NY 14225-1943 |
| 519676202 | | EDI: PRA.COM | Jan 13 2023 01:44:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 519676204 | | EDI: PRA.COM | Jan 13 2023 01:44:00 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 519734157 | | EDI: PRA.COM | Jan 13 2023 01:44:00 | Portfolio Recovery Associates, LLC, c/o Dell Financial Services, LLC, POB 41067, Norfolk VA 23541 |
| 519736906 | | EDI: PRA.COM | Jan 13 2023 01:44:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519736933 | | EDI: PRA.COM | Jan 13 2023 01:44:00 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 519676205 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Jan 12 2023 20:47:00 | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 519692866 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Jan 12 2023 20:47:00 | Quest Diagnostics, PO Box 740795, Cincinnati, OH 45274-0795 |
| 519676209 | + | Email/Text: ngisupport@radiusgs.com | Jan 12 2023 20:46:00 | Radius Global Solutions, PO Box 390905, Minneapolis, MN 55439-0905 |
| 519676210 | + | Email/Text: ngisupport@radiusgs.com | Jan 12 2023 20:46:00 | Radius Global Solutions, LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 519676217 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 12 2023 20:46:00 | State of New Jersey Division of Taxation, 50 Barrack Street, Trenton, NJ 08695 |
| 519676213 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 12 2023 20:47:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519676218 | + | EDI: RMSC.COM | Jan 13 2023 01:34:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519676341 | + | EDI: RMSC.COM | Jan 13 2023 01:34:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519676219 | | EDI: TDBANKNORTH.COM | Jan 13 2023 01:44:00 | TD Bank, 1701 Route 70 E, Cherry Hill, NJ 08003 |
| 519676221 | | EDI: TDBANKNORTH.COM | Jan 13 2023 01:44:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |

TOTAL: 45

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Hill Wallack, 21 Roszel Road, PO Box 5226, Princeton, NJ 08543-5226 |
| 519692824 | *P++ | ALANTIC CITY ELECTRIC, BANKRUPTCY DEPARTMENT MAIL STOP 84CP42, 5 COLLINS DRIVE SUITE 2133, CARNEYS POINT NJ 08069-3600, address filed with court:, Atlantic City Electric, P.O. Box 4875, Trenton, NJ 08650 |
| 519692820 | *+ | Apex Asset Management, 2501 Oregon Pike, Suite 201, Lancaster, PA 17601-4890 |
| 519692821 | *+ | Apothaker Scian P.C., PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 519692822 | *+ | Arstrat, LLC, PO Box 33720, Detroit, MI 48232-3720 |
| 519692823 | *+ | Atlantic City Electric, P.O. Box 13610, Philadelphia, PA 19101-3610 |
| 519693363 | *+ | Brenda Mendelby, 412 Morris Dr, Cherry Hill, NJ 08003-3433 |
| 519692826 | *+ | Capital Management Services, 698 1/2 Ogden Station, Buffalo, NY 14206-2317 |
| 519676184 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519692827 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519692828 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519692829 | *+ | Carrington Mortgage Services, Attn: Bankruptcy, Po Box 3730, Anaheim, CA 92803-3730 |

| District/off: 0312-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 12, 2023 | Form ID: 148 | Total Noticed: 67 |

| | | |
|---|---|---|
| 519692830 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519676188 | *+ | Citibank, Citicorp Credit/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 519676189 | *+ | Citibank, Citicorp Credit/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 519692831 | *+ | Citibank, Citicorp Credit/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 519692832 | *+ | Citibank, Citicorp Credit/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 519692833 | *+ | Citibank, Citicorp Credit/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 519692834 | *+ | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519676192 | *+ | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 519692835 | *+ | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 519692836 | *+ | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 519693371 | *+ | Credit Control, LLC, PO Box 488, Hazelwood, MO 63042-0488 |
| 519692839 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519693372 | *+ | FirstSource Advantage, LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 519693373 | *+ | FirstSource Advantage, LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 519676195 | *+ | Forster Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 519692841 | *+ | Forster Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 519692842 | *+ | Forster Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 519693364 | *+ | Harris & Harris, Ltd, 111 West Jackson Boulevard, Ste 400, Chicago, IL 60604-4135 |
| 519692844 | *+ | Hayt, Hayt & Landau, LLC, PO Box 500, Eatontown, NJ 07724-0500 |
| 519676198 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519692846 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519692848 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519692849 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519692850 | *P++ | JERSEY SHORE FCU, 1434 NEW ROAD, NORTHFIELD NJ 08225-1104, address filed with court:, Jersey Shore Federal Credit Union, 1434 New Rd, Northfield, NJ 08225 |
| 519692851 | *+ | JH Met Subsidiary B Liquidating Trust, 166 W. Washington, Chicago, IL 60602-2300 |
| 519693365 | *+ | LGBS - PTC, PO Box 708906, San Antonio, TX 78270-8906 |
| 519692853 | *+ | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 519693367 | *+ | NJ E-Z Pass, PO Box 52005, Newark, NJ 07101-8205 |
| 519693366 | *P++ | NJ EZPASS, ATTN NJ EZPASS/ MARISOL ALVARADO, 375 MCCARTER HIGHWAY, SUITE 200, NEWARK NJ 07114-2562, address filed with court:, NJ E-Z Pass, Violations Processing Center, PO Box 4971, Trenton, NJ 08650 |
| 519693374 | *+ | Northstar Location Services, LLC, Attn: Financial Services Dept., 4285 Genesee St, Buffalo, NY 14225-1943 |
| 519693368 | *+ | PAM-NYSTV, PO Box 332, Milwaukee, WI 53201-0332 |
| 519676203 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 519692858 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 519692859 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 519692860 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 519676206 | *+ | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 519676207 | *+ | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 519676208 | *+ | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 519692861 | *+ | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 519692862 | *+ | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 519692863 | *+ | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 519692864 | *+ | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 519692865 | *+ | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 519692867 | *+ | Radius Global Solutions, PO Box 390905, Minneapolis, MN 55439-0905 |
| 519676211 | *+ | Radius Global Solutions, LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 519692868 | *+ | Radius Global Solutions, LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 519692869 | *+ | Radius Global Solutions, LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 519692870 | *+ | Ragone Lacatena Fairchild Beppel, PC, 76 Euclid Avenue Suite 200, Haddonfield, NJ 08033-2330 |
| 519692874 | *P++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245, address filed with court:, State of New Jersey Division of Taxation, 50 Barrack Street, Trenton, NJ 08695 |
| 519676214 | *+ | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519692871 | *+ | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519676216 | *+ | South Jersey Gas, Attn: Ms. Fleming, PO Box 577, Hammonton, NJ 08037-0577 |
| 519692872 | *+ | South Jersey Gas, Attn: Ms. Fleming, PO Box 577, Hammonton, NJ 08037-0577 |
| 519692873 | *+ | South Jersey Gas, Attn: Ms. Fleming, PO Box 577, Hammonton, NJ 08037-0577 |
| 519692875 | *+ | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519676220 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank, 1701 Route 70 E, Cherry Hill, NJ 08003 |
| 519692876 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank, 1701 Route 70 E, |

| | | |
|---|---|---|
| | | Cherry Hill, NJ 08003 |
| 519692877 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank, 1701 Route 70 E, Cherry Hill, NJ 08003 |
| 519692878 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 519692880 | *+ | Tolls By Mail, PO Box 15183, Albany, NY 12212-5183 |
| 519693369 | *+ | Tolls By Mail, PO Box 15183, Albany, NY 12212-5183 |
| 519693370 | *+ | Violations Processing Center, PO Box 15186, Albany, NY 12212-5186 |
| 519676200 | ##+ | JH Met Subsidiary B Liquidating Trust, 166 W. Washington, Chicago, IL 60602-2300 |

TOTAL: 0 Undeliverable, 74 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2023      Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela Catherine Pattison | on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC apattison@hillwallack.com, apattison@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor Legacy Mortgage Asset Trust 2021-SL1 dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Lee Martin Perlman | on behalf of Debtor William J. McNasby III ecf@newjerseybankruptcy.com, mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Joint Debtor Rita B. McNasby ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Rebecca K. McDowell | on behalf of Creditor Jersey Shore Federal Credit Union rmcdowell@slgcollect.com anovoa@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8