Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  22−16219−ABA
                Chapter:  13
                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| William J. McNasby III | Rita B. McNasby |
| dba Bud's Place | aka Rita B. Digerolamo |
| 4 West Fleming Pike | 4 West Fleming Pike |
| Hammonton, NJ 08037 | Hammonton, NJ 08037 |

Social Security No.:
  xxx−xx−7864                                     xxx−xx−2653

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>May 11, 2023</u>                 <u>Andrew B. Altenburg Jr.</u>
                                              Judge, United States Bankruptcy Court